IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv165

| | |
|---|---|
| SYNOVUS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TIMOTHY T. FRANK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Joint Motion to Stay [# 15]. The parties move to stay this case pending the finalization of the settlement of this action. For good cause shown, the Court **GRANTS** the motion [# 15]. The Court **STAYS** this case until December 21, 2011.

Signed: November 28, 2011

Dennis L. Howell
United States Magistrate Judge