IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv165

| SYNOVUS BANK, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TIMOTHY T. FRANK, | ) |
| | ) |
| | ) |
| Defendant. | ) |

Previously, the Court entered an Order granting the parties' Joint Motion to Stay in order for the parties to finalize a settlement in this action. After consultation with the parties, the Court **EXTENDS** the Stay in this case until February 1, 2012.

Signed: December 21, 2011

Dennis L. Howell
United States Magistrate Judge